RECEIVED
FEB 13 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOAN MARIE MARSH, Petitioner | CIVIL ACTION NO. 1:18-CV-1517-P |
| VERSUS | JUDGE DEE D. DRELL |
| ATTORNEY GENERAL, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (28 U.S.C. § 2241) is DENIED and DISMISSED without prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 12th day of FEBRUARY, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE